SAGAR RAICH, ESQ.
Nevada Bar No. 13229
RICHARD KLAMKA, ESQ.
Nevada Bar No. 15258
RAICH LAW PLLC
2280 E. Pama Lane
Las Vegas, NV 89119
Phone: (702) 758-4240
sraich@raichattorneys.com
rklamka@raichattorneys.com
Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMES HURTADO, an Individual; and STEPHANIE HURTADO, an Individual,<br><br>Plaintiffs,<br>vs.<br><br>KEN SUPRENANT, an Individual; and DOES 1 to 1000 and ROE entities I to L,<br><br>Defendants,<br><br>and<br><br>AGILITY CREDIT, LLC,<br><br>Nominal Defendant. | Case Number: 2:23-cv-01433<br><br>**STIPULATION AND ORDER FOR EXTENSION OF DISCOVERY** |

Plaintiffs, James and Stephanie Hurtado, by and through their counsel of record, Raich Law PLLC, and Defendant Ken Suprenant by and through his counsel of record, Carbajal Law, (collectively referred to as the "Parties"), hereby stipulate and agree to the following:

1. Defendant filed his Motion to Dismiss Plaintiffs' Verified Complaint on September 20, 2023.

2. Plaintiffs filed their Response to Defendant's Motion to Dismiss Verified Complaint on October 4, 2023.

3. The Parties are currently awaiting a decision by the Court on Defendant's motion, and have discussed the possibility of needing additional discovery, including the taking of depositions, based on the outcome of the Court's ruling.

4. The Discovery Plan and Scheduling Order entered on November 15, 2023 has a Discovery Cutoff date of March 19, 2024, and the Parties wish to extend that cutoff date by ninety (90) days.

5. Therefore, the Parties hereby stipulate and agree to extend discovery ninety (90) days past March 19, 2024 to June 17, 2024.

DATED this 26th day of February 2024.

| RAICH LAW PLLC | CARBAJAL LAW |
|---|---|
| By: /s/ Richard Klamka | By: /s/ Hector Carbajal |
| Richard Klamka, Esq. | Hector J. Carbajal, II, Esq. |
| Nevada State Bar No. 15258 | Nevada State Bar No. 6247 |
| 2280 E. Pama Ln. | 10001 Park Run Drive |
| Las Vegas, Nevada 89119 | Las Vegas, Nevada 89145 |
| Tel: (702) 758-4240 | Tel: (702) 846-0040 |
| rklamka@raichattorneys.com | Hector@CLaw.vegas |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant Ken Suprenant* |

## ORDER

IT IS ORDERED that Discovery shall be extended ninety (90) days and therefore, the discovery cut-off date shall be June 17, 2024.

UNITED STATES MAGISTRATE JUDGE

February 27, 2024
DATE