HECTOR J. CARBAJAL II
Nevada Bar No. 6247
CARBAJAL LAW
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 846-0040
Facsimile: (702) 846-1329
E-mail: hector@claw.vegas

*Attorney for Defendant Ken Suprenant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES HURTADO, an Individual; and STEPHANIE HURTADO, an Individual,<br><br>Plaintiffs,<br><br>v.<br><br>KEN SUPRENANT, an Individual; and DOES 1 to 1000 and ROE entities I to L,<br><br>Defendants,<br><br>and<br><br>AGILITY CREDIT, LLC,<br><br>Nominal Defendant. | Case No.: 2:23-cv-01433<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO AMENDED COMPLAINT (First Request)** |

Plaintiffs, James and Stephanie Hurtado, by and through their counsel of record, Raich Law PLLC and Defendant Ken Suprenant, by and through his counsel of record, Carbajal Law, hereby stipulate and agree to extend the deadline for Defendant to provide his response to the Amended Complaint [Dkt. No. 25] to July 26, 2024.

This is Defendant's first request for an extension of this deadline. This Stipulation is sought in good faith, is not interposed for delay, and is not filed for an improper purpose.

. . .

. . .

. . .

1

Dated this 11th day of July, 2024.

RAICH LAW PLLC

By: /s/ *Richard Klamka*
    RICHARD KLAMKA, ESQ.
    Nevada Bar No. 15258
    2280 East Pama Lane
    Las Vegas, Nevada 89119
    *Attorneys for Plaintiffs*

Dated this 11th day of July, 2024.

CARBAJAL LAW

By: /s/ *Hector J. Carbajal II*
    HECTOR J. CARBAJAL II, ESQ.
    Nevada Bar No. 6247
    10001 Park Run Drive
    Las Vegas, Nevada 89145
    *Attorneys for Defendant*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: July 12, 2024

2