1   HECTOR J. CARBAJAL II
Nevada Bar No. 6247
2   CARBAJAL LAW
10001 Park Run Drive
3   Las Vegas, Nevada 89145
Telephone: (702) 846-0040
4   Facsimile: (702) 846-1329
E-mail: hector@claw.vegas
5
*Attorney for Defendant Ken Suprenant*
6
UNITED STATES DISTRICT COURT
7
DISTRICT OF NEVADA
8

9   JAMES HURTADO, an Individual; and        )   Case No.:   2:23-cv-01433
STEPHANIE HURTADO, an Individual,         )
                                          )
10          Plaintiffs,                   )
                                          )
11  v.                                    )   **STIPULATION AND ORDER TO
                                          )   EXTEND TIME FOR
                                          )   DEFENDANT TO FILE REPLY
12  KEN SUPRENANT, an Individual; and      )   BRIEF
DOES 1 to 1000 and ROE entities I to L,   )   (First Request)**
13                                        )
            Defendants,                    )
14                                        )
and                                       )
15                                        )
AGILITY CREDIT, LLC,                      )
16                                        )
            Nominal Defendant.             )
17  _____      )

18          Plaintiffs, James and Stephanie Hurtado, by and through their counsel of record, Raich

19  Law PLLC and Defendant Ken Suprenant, by and through his counsel of record, Carbajal

20  Law, hereby stipulate and agree to extend the deadline for Defendant to file his Reply in

21

22  Support of *Defendant's Motion to Dismiss Plaintiffs' Amended Complaint* [Dkt. No. 28] to

23  August 23, 2024.

24          This is Defendant's first request for an extension of this deadline.  This Stipulation is

25  sought in good faith, is not interposed for delay, and is not filed for an improper purpose.

26  . . .

27  . . .

28  . . .

1

1
2   Dated this 16th day of August, 2024.          Dated this 16th day of August, 2024.

3   RAICH LAW PLLC                              CARBAJAL LAW

4   By: /s/ *Sagar Raich*                        By: /s/ *Hector J. Carbajal II*
5       SAGAR RAICH, ESQ.                            HECTOR J. CARBAJAL II, ESQ.
        Nevada Bar No. 13229                         Nevada Bar No. 6247
6       RICHARD KLAMKA, ESQ.                         10001 Park Run Drive
        Nevada Bar No. 15258                         Las Vegas, Nevada 89145
7       2280 East Pama Lane                          *Attorneys for Defendant*
        Las Vegas, Nevada 89119
8       *Attorneys for Plaintiffs*

9
                            **IT IS SO ORDERED:**
10

11

12   _____
     UNITED STATES DISTRICT JUDGE
13

14   DATED: August 16, 2024
         _____

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

## Brittany Friedman

| | |
|---|---|
| **From:** | Sagar Raich <sraich@raichattorneys.com> |
| **Sent:** | Friday, August 16, 2024 1:03 PM |
| **To:** | Brittany Friedman |
| **Cc:** | rklamka@raichattorneys.com; Hector Carbajal |
| **Subject:** | Re: Hurtado v. Suprenant; Case No. 2:23-cv-01433 |

I approve the affixing of my signature to this stipulation. Thank you.

Sincerely,

Sagar Raich, Esq.*^'
Managing Member
Raich Law PLLC

*Ranked Top Business Lawyer in Las Vegas, NV by MyVegas Magazine (Top 100 Lawyers Issue)

^Top 40 Under 40 Business Lawyers in NV by the Association of American Trial Lawyers

' Licensed in Nevada and California

2280 E. Pama Lane

Las Vegas, NV 89119

702-758-4240

www.raichattorneys.com

The information contained in this email is confidential and intended for the named recipient(s) only. No information in this email is meant to be advisory and should not be treated as such. If you are not an intended recipient of this email please notify the sender immediately and delete your copy from your system. You must not read, copy, distribute or take any further action in reliance on it. Email is not a secure method of communication. E-mail messages may contain computer viruses or other defects, may not be accurately or completely replicated on other systems, or may be intercepted, deleted or interfered with without the knowledge of the sender or the intended recipient. Raich Law PLLC makes no warranties in relation to these matters and will not, to the extent permitted by law, accept responsibility or liability for (a) the accuracy or completeness of, or (b) the presence of any virus, worm or similar malicious or disabling code in, this message or any attachment(s) to it.

On Aug 16, 2024, at 12:21 PM, Brittany Friedman <Brittany@claw.vegas> wrote:

1

Good afternoon Sagar, enclosed for your review is a draft of the stipulation and order to extend the deadline for defendant to file his reply brief in support of the motion to dismiss amended complaint.  Please let us know if you have any changes.  If none, please let me know if I have your permission to affix your electronic signature for submission to the Court.

Best,
Brittany

Brittany Friedman
CARBAJAL LAW
10001 W Park Run Drive
Las Vegas, Nevada 89145
P:  (702) 846-0040
F:  (702) 846-1329
D:  (702) 526-0985
E-mail:  Brittany@CLaw.vegas

<Stipulation and Order to Extend Deadline to File Respond Brief.docx>