SAGAR RAICH, ESQ.
Nevada Bar No. 13229
RICHARD KLAMKA, ESQ.
Nevada Bar No. 15258
RAICH LAW PLLC
2280 E. Pama Ln.
Las Vegas, NV 89119
Phone: (702) 758-4240
sraich@raichattorneys.com
rklamka@raichattorneys.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAMES HURTADO, an Individual; and STEPHANIE HURTADO, an Individual, <br><br> Plaintiffs, <br><br> vs. <br><br> KEN SUPRENANT, an Individual; and DOES 1 to 1000 and ROE entities I to L, <br><br> Defendants, <br><br> and <br><br> AGILITY CREDIT, LLC, <br><br> Nominal Defendant. | Case No. 2:23-cv-01433 <br><br> **JOINT STIPULATION AND ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

**JOINT STIPULATION AND ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs/Counter-Defendants James Hurtado and Stephanie Hurtado, Defendant/Counter-Plaintiff/Cross-Plaintiff Ken Suprenant, and Nominal Defendant/Cross-Defendant Agility Credit LLC hereby voluntarily dismiss with prejudice all claims asserted in this legal action, or that could have been asserted in this action, with each party to bear their own attorney's fees and costs.

1

Dated: September 4, 2025

STIPULATED AND AGREED TO:

| | |
|---|---|
| **RAICH LAW PLLC** | **PIACENTI LAW** |
| By: /s/ *Sagar Raich* <br> SAGAR RAICH, ESQ. <br> Nevada Bar #13229 <br> 2280 Pama Lane <br> Las Vegas, Nevada 89119 <br><br> *Attorneys for Plaintiffs* <br> *James & Stephanie Hurtado* | /s/ *R. Kent Piacenti* <br> R. KENT PIACENTI <br> Tex. Bar No. 24083660 <br> (admitted *pro hac vice*) <br> 8350 N. Central Expy. <br> Suite 1900; PMB 3169 <br> Dallas, TX 75206 <br> Phone: (214) 888-3639 <br> Fax: (214) 396-2025 <br> kent@piacentilaw.com |
| AGILITY CRED LLC <br> By: _____ <br> Its: Managing Member <br> Date: 9/4/25 | *Attorney for Defendant Ken Suprenant* |

### ORDER

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated this ___ Day of _____, 2025.

2