SAGAR RAICH, ESQ.
Nevada Bar No. 13229
RICHARD KLAMKA, ESQ.
Nevada Bar No. 15258
RAICH LAW PLLC
2280 E. Pama Ln.
Las Vegas, NV 89119
Phone: (702) 758-4240
sraich@raichattorneys.com
rklamka@raichattorneys.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAMES HURTADO, an Individual; and STEPHANIE HURTADO, an Individual, | Case No. 2:23-cv-01433 |
| Plaintiffs, | **JOINT STIPULATION AND ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| vs. | |
| KEN SUPRENANT, an Individual; and DOES 1 to 1000 and ROE entities I to L, | |
| Defendants, | |
| and | |
| AGILITY CREDIT, LLC, | |
| Nominal Defendant. | |

**JOINT STIPULATION AND ORDER OF VOLUNTARY DISMISSAL
WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs/Counter-Defendants James Hurtado and Stephanie Hurtado, Defendant/Counter-Plaintiff/Cross-Plaintiff Ken Suprenant, and Nominal Defendant/Cross-Defendant Agility Credit LLC hereby voluntarily dismiss with prejudice all claims asserted in this legal action, or that could have been asserted in this action, with each party to bear their own attorney's fees and costs.

Dated: September 4, 2025

STIPULATED AND AGREED TO:

RAICH LAW PLLC

By: /s/Sagar Raich
SAGAR RAICH, ESQ.
Nevada Bar #13229
2280 Pama Lane
Las Vegas, Nevada 89119

*Attorneys for Plaintiffs
James & Stephanie Hurtado*

AGILITY CREDIT LLC

By: _____
Its: Managing Member
Date: 9/4/25

PIACENTI LAW

/s/ R. Kent Piacenti
R. KENT PIACENTI
Tex. Bar No. 24083660
(admitted *pro hac vice*)
8350 N. Central Expy.
Suite 1900; PMB 3169
Dallas, TX 75206
Phone: (214) 888-3639
Fax: (214) 396-2025
kent@piacentilaw.com

*Attorney for Defendant Ken Suprenant*

IT IS SO ORDERED.

### ORDER

The pending Motion for Summary Judgment, ECF No. 49, is **DENIED** as moot and the Clerk is kindly requested to close this Dismissed case.

Dated this 9 day of September, 2025.

_____
Gloria M. Navarro, District Judge
United States District Court

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2025, I served a true and correct copy of the foregoing **JOINT STIPULATION AND ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE** submitted through the PACER electronic filing system of the **UNITED STATES DISTRICT COURT, DISTRICT OF NEVADA**, pursuant to Nevada Electronic Filing and Conversion Rules.

*/s/ S. Dianne Pomonis*
An Employee of Raich Law PLLC